UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION


CHARLOTTE, NC

NOV 01 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DAYSHA IESHIA COLE, a/k/a MIMI ) <br> ROBERTO GALLEGOS ) <br> JAMIRE DONYE WHITE, a/k/a TJ ) <br> ) | DOCKET NO. 3:11-mj-354 <br><br> <u>ORDER</u> |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, supporting Affidavit, Arrest Warrants, this Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation and ensure officer safety until further Order of this Court,

IT IS HEREBY ORDERED that the Criminal Complaint, supporting Affidavit, Arrest Warrants, this Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 1st day of November, 2011.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE